UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    No. 2:05-cv-2404-MCE-DAD

     Plaintiff,

  v.                               **ORDER RE: SETTLEMENT AND DISPOSITION**

MAKHANS JHATTU, AMARPAL S. JHATTU, PAULINE A. WELCH, and PRUDENCE C. LEUNG,

     Defendants.
_____/

    Pursuant to the representations of the attorney for plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 3, 2006.

///
///
///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: January 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE